**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **'09 - CV - 00959** *BnB*

APR 2 7 2009

(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

GREGORY C. LANGHAM
CLERK

TERRY BLEVINS,

     Plaintiff,

v.

TASHA DOBBS,
ROBERT ARMENTA,
DEBBIE ALLEN,
MESA COUNTY DETENTION FACILITY, and
MESA COUNTY SHERIFF'S DEPARTMENT,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

     Plaintiff has submitted a Complaint.  He has failed either to pay the $350.00 filing

fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted document is deficient as described in this

order.  Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Plaintiff will be directed to cure the following if he wishes to

pursue his claims.  Any papers which the Plaintiff files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __X__   is not submitted

(2)   __    is missing affidavit

(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   __    is missing required financial information

(5)   __    is missing an original signature by the prisoner

(6)   __    is not on proper form (must use the court's current form)

(7)   __    names in caption do not match names in caption of complaint, petition or habeas application

(8)   __    An original and a copy have not been received by the court. Only an original has been received.

(9)   X    other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**

(10)   __    is not submitted

(11)   X    is not on proper form (must use the court's current form)

(12)   __    is missing an original signature by the prisoner

(13)   __    is missing page nos. ___

(14)   __    uses et al. instead of listing all parties in caption

(15)   __    An original and a copy have not been received by the court. Only an original has been received.

(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   __    names in caption do not match names in text

(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form(s): Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 23$^{d}$ day of _April_____, 2009.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **'09 - CV - 00959**

Terry Blevins
Prisoner No. 197287
Mesa County Det. Facility
PO Box 20,000
Grand Junction, CO 81502

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on ___4/27/09___

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk